UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CRYSTAL CARTER and THE CONNECTICUT FAIR HOUSING CENTER,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HOUSING AUTHORITY OF THE TOWN OF WINCHESTER,<br><br>    *Defendant*. | Case No.: 3:12-cv-01108-WWE |

## NOTICE OF CONSENT DECREE

To the Clerk of this Court and all parties of record: the parties have executed the Consent Decree filed herewith as Appendix 1. As set forth fully in the attached, the defendant shall tender payment within thirty days of entry of this Consent Decree. Upon receipt of payment, the plaintiff will file a Stipulated Motion for Dismissal.

|  |  |
|---|---|
| /s/ John P. Relman<br>John P. Relman (*pro hac vice*)<br>Jia Cobb (*pro hac vice*)<br>Timothy Bennett-Smyth [ct27615]<br>RELMAN, DANE & COLFAX, PLLC<br>1225 19th St. NW, Suite 600<br>Washington, D.C. 20036-2456<br>Tel: (202) 728-1888<br>Fax: (202) 728-0848<br>E-mail: jrelman@relmanlaw.com<br>    jcobb@relmanlaw.com<br>    tsmyth@relmanlaw.com | /s/ Greg Kirschner<br>Greg Kirschner [ct26888]<br>CONNECTICUT FAIR HOUSING CENTER<br>221 Main St., 4th Floor<br>Hartford, CT 06106<br>Tel: (860) 263-0728<br>Fax: (860) 247-4236<br>Email: greg@ctfairhousing.org |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 5th, 2013, a copy of the foregoing Notice of Consent Decree was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/ Timothy Bennett-Smyth
        Timothy Bennett-Smyth

        *Attorney for Plaintiffs*